Attachment A

|  | DESCRIPTION |
|---|---|
| 1 | SMITH & WESSON 10 REVOLVER CAL:38 SN:C519292 |
| 2 | SMITH & WESSON 10 REVOLVER CAL:38 SN:C372717 |
| 3 | RUGER SINGLE SIX REVOLVER CAL:22 SN:505027 |
| 4 | SMITH & WESSON 14 REVOLVER CAL:38 SN:31K2880 |
| 5 | SMITH & WESSON 28 REVOLVER CAL:357 SN:N45618 |
| 6 | SMITH & WESSON 29 REVOLVER CAL:44 SN:N366373 |
| 7 | SMITH & WESSON 19 REVOLVER CAL:357 SN:2K45676 |
| 8 | SMITH & WESSON 19 REVOLVER CAL:357 SN:9K32310 |
| 9 | SMITH & WESSON 66 REVOLVER CAL:357 SN:AYT6909 |
| 10 | SMITH & WESSON 686 REVOLVER CAL:357 SN:AWD4764 |
| 11 | SMITH & WESSON 10 REVOLVER CAL:38 SN:19854 |
| 12 | SMITH & WESSON 28 REVOLVER CAL:357 SN:N296258 |
| 13 | SMITH & WESSON 19 REVOLVER CAL:357 SN:44K3086 |
| 14 | SMITH & WESSON 66 REVOLVER CAL:357 SN:CAC8967 |
| 15 | SMITH & WESSON 27 REVOLVER CAL:357 SN:N930247 |
| 16 | SMITH & WESSON 28 REVOLVER CAL:357 SN:N17344 |
| 17 | SMITH & WESSON 686 REVOLVER CAL:357 SN:BED7456 |
| 18 | SMITH & WESSON 586 REVOLVER CAL:357 SN:BAD6768 |
| 19 | SMITH & WESSON 10 REVOLVER CAL:38 SN:C864007 |
| 20 | SMITH & WESSON 19 REVOLVER CAL:357 SN:44K2520 |
| 21 | SMITH & WESSON 29 REVOLVER CAL:44 SN:AHF6835 |
| 22 | SMITH & WESSON 29 REVOLVER CAL:44 SN:N865146 |
| 23 | SMITH & WESSON 19 REVOLVER CAL:357 SN:TR5435 |
| 24 | SMITH & WESSON 29 REVOLVER CAL:44 SN:DAT1113 |
| 25 | SMITH & WESSON 29 REVOLVER CAL:44 SN:MGM2790 |
| 26 | SMITH & WESSON 10 REVOLVER CAL:38 SN:ALC5151 |
| 27 | SMITH & WESSON 12 AIRWEIGHT REVOLVER CAL:38 SN:C583146 |
| 28 | SMITH & WESSON 15 REVOLVER CAL:38 SN:K450110 |
| 29 | SMITH & WESSON 17 REVOLVER CAL:22 SN:AWN1410 |
| 30 | SMITH & WESSON UNKNOWN REVOLVER CAL:22 SN:K202274 |
| 31 | SMITH & WESSON 34 REVOLVER CAL:22 SN:M29829 |
| 32 | SMITH & WESSON UNKNOWN REVOLVER CAL:22 SN:K13506 |
| 33 | SMITH & WESSON 15 REVOLVER CAL:38 SN:K910752 |
| 34 | SMITH & WESSON UNKNOWN REVOLVER CAL:22 SN:K105459 |
| 35 | SMITH & WESSON 14 REVOLVER CAL:38 SN:1K31889 |
| 36 | SMITH & WESSON 31 REVOLVER CAL:32 SN:H110130 |
| 37 | SMITH & WESSON 36 REVOLVER CAL:38 SN:J298747 |
| 38 | SMITH & WESSON 36 REVOLVER CAL:38 SN:BNY3738 |
| 39 | SMITH & WESSON 64 REVOLVER CAL:38 SN:1D93823 |
| 40 | SMITH & WESSON 64 REVOLVER CAL:38 SN:AHP3039 |

| # | Description |
|---|---|
| 41 | SMITH & WESSON 10 REVOLVER CAL:38 SN:6D73618 |
| 42 | SMITH & WESSON 10 REVOLVER CAL:38 SN:K216964 |
| 43 | SMITH & WESSON 67 REVOLVER CAL:38 SN:3K34846 |
| 44 | SMITH & WESSON 19 REVOLVER CAL:357 SN:4K38555 |
| 45 | SMITH & WESSON 15 REVOLVER CAL:38 SN:26K1182 |
| 46 | SMITH & WESSON 15-3 REVOLVER CAL:38 SN:6K53852 |
| 47 | SMITH & WESSON UNKNOWN REVOLVER CAL:38 SN:K139840 |
| 48 | SMITH & WESSON 15-3 REVOLVER CAL:38 SN:8K54828 |
| 49 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:86-52198 |
| 50 | RUGER BEARCAT REVOLVER CAL:22 SN:W151 |
| 51 | RUGER BEARCAT REVOLVER CAL:22 SN:91-51202 |
| 52 | SMITH & WESSON 37 AIRWEIGHT REVOLVER CAL:38 SN:J208366 |
| 53 | SMITH & WESSON 36 REVOLVER CAL:38 SN:735814 |
| 54 | SMITH & WESSON 36 REVOLVER CAL:38 SN:289097 |
| 55 | SMITH & WESSON 66-1 REVOLVER CAL:357 SN:39K5248 |
| 56 | SMITH & WESSON 22A-1 PISTOL CAL:22 SN:UCP4292 |
| 57 | SMITH & WESSON 22A-1 PISTOL CAL:22 SN:UCR2262 |
| 58 | SMITH & WESSON 22A-1 PISTOL CAL:22 SN:UDH0660 |
| 59 | SMITH & WESSON 686 REVOLVER CAL:357 SN:BHN5287 |
| 60 | SMITH & WESSON 3913 PISTOL CAL:9 SN:VYY4100 |
| 61 | SMITH & WESSON 686 REVOLVER CAL:357 SN:BSW7363 |
| 62 | SMITH & WESSON 57 REVOLVER CAL:41 SN:N917750 |
| 63 | SMITH & WESSON 57 REVOLVER CAL:41 SN:N944219 |
| 64 | RUGER SINGLE SIX REVOLVER CAL:22 SN:439-415 |
| 65 | RUGER SINGLE SIX REVOLVER CAL:22 SN:76-11147 |
| 66 | RUGER NEW MODEL BLACKHAWK REVOLVER CAL:357 SN:520-07651 |
| 67 | RUGER SINGLE SIX REVOLVER CAL:22 SN:145253 |
| 68 | RUGER SINGLE SIX REVOLVER CAL:22 SN:420535 |
| 69 | RUGER VAQUERO REVOLVER CAL:45 SN:57-29884 |
| 70 | RUGER SP101 REVOLVER CAL:357 SN:574-21943 |
| 71 | RUGER BLACKHAWK REVOLVER CAL:44 SN:870-06941 |
| 72 | RUGER GP100 REVOLVER CAL:357 SN:175-10801 |
| 73 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:87-34026 |
| 74 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:88-29940 |
| 75 | RUGER REDHAWK REVOLVER CAL:44 SN:503-23358 |
| 76 | RUGER REDHAWK REVOLVER CAL:45 SN:503-69056 |
| 77 | RUGER SUPER REDHAWK REVOLVER CAL:44 SN:552-27785 |
| 78 | RUGER GP100 REVOLVER CAL:357 SN:175-97037 |
| 79 | RUGER SUPER REDHAWK REVOLVER CAL:44 SN:552-56634 |
| 80 | HARRINGTON AND RICHARDSON 930 REVOLVER CAL:22 SN:AM95014 |
| 81 | RUGER POLICE SERVICE SIX RUGER CAL:357 SN:151-94314 |
| 82 | RUGER SINGLE SIX REVOLVER CAL:22 SN:65-61071 |
| 83 | RUGER BLACKHAWK REVOLVER CAL:357 SN:112-537 |

| | |
|---|---|
| 84 | RUGER BLACKHAWK REVOLVER CAL:44 SN:1040 |
| 85 | RUGER MARK II PISTOL CAL:22 SN:227-59020 |
| 86 | SMITH & WESSON 48 REVOLVER CAL:22 SN:221K403 |
| 87 | SMITH & WESSON 422 PISTOL CAL:22 SN:TCJ9076 |
| 88 | SMITH & WESSON 36 REVOLVER CAL:38 SN:768663 |
| 89 | SMITH & WESSON 60 REVOLVER CAL:38 SN:R198482 |
| 90 | SMITH & WESSON 36 REVOLVER CAL:38 SN:ABA2806 |
| 91 | SMITH & WESSON 66 REVOLVER CAL:357 SN:AEU3122 |
| 92 | SMITH & WESSON 66 REVOLVER CAL:357 SN:69K9882 |
| 93 | SMITH & WESSON UNKNOWN REVOLVER CAL:32 SN:35072 |
| 94 | SMITH & WESSON 31 REVOLVER CAL:32 SN:H15596 |
| 95 | SMITH & WESSON 12 REVOLVER CAL:38 SN:8D67223 |
| 96 | SMITH & WESSON UNKNOWN REVOLVER CAL:38 SN:C157031 |
| 97 | SMITH & WESSON 36 REVOLVER CAL:38 SN:186579 |
| 98 | SMITH & WESSON 10 REVOLVER CAL:38 SN:BPU2754 |
| 99 | SMITH & WESSON UNKNOWN REVOLVER CAL:38 SN:C164817 |
| 100 | SMITH & WESSON 10 REVOLVER CAL:38 SN:C775610 |
| 101 | SMITH & WESSON 10 REVOLVER CAL:38 SN:S946225 |
| 102 | SMITH & WESSON UNKNOWN REVOLVER CAL:38 SN:S46291 |
| 103 | SMITH & WESSON UNKNOWN REVOLVER CAL:38 SN:C310707 |
| 104 | SMITH & WESSON 10 REVOLVER CAL:38 SN:D254661 |
| 105 | SMITH & WESSON 10 REVOLVER CAL:38 SN:D894218 |
| 106 | SMITH & WESSON 13-2 REVOLVER CAL:357 SN:6D72533 |
| 107 | SMITH & WESSON 15-2 REVOLVER CAL:38 SN:K746939 |
| 108 | SMITH & WESSON 13-2 REVOLVER CAL:357 SN:5D99383 |
| 109 | RUGER STANDARD REVOLVER CAL:22 SN:103846 |
| 110 | RUGER STANDARD REVOLVER CAL:22 SN:51676 |
| 111 | SMITH & WESSON 36 REVOLVER CAL:38 SN:ABW8996 |
| 112 | SMITH & WESSON 17-3 REVOLVER CAL:10 SN:3K85582 |
| 113 | SMITH & WESSON 28-2 REVOLVER CAL:357 SN:S234349 |
| 114 | SMITH & WESSON UNKNOWN REVOLVER CAL:22 SN:K153145 |
| 115 | SMITH & WESSON 17 REVOLVER CAL:22 SN:26K4669 |
| 116 | SMITH & WESSON 22 REVOLVER CAL:45 SN:TRR2212 |
| 117 | SMITH & WESSON 66 REVOLVER CAL:357 SN:AVE3083 |
| 118 | SMITH & WESSON 686 REVOLVER CAL:357 SN:AJV2084 |
| 119 | SMITH & WESSON 629 REVOLVER CAL:44 SN:AHR2331 |
| 120 | RUGER SINGLE SIX REVOLVER CAL:22 SN:268-34079 |
| 121 | RUGER NEW BEARCAT REVOLVER CAL:22 SN:93-47237 |
| 122 | RUGER MARK III PISTOL CAL:22 SN:270-32634 |
| 123 | RUGER NEW MODEL SINGLE SIX REVOLVER CAL:22 SN:265-40719 |
| 124 | RUGER NEW MODEL SINGLE SIX REVOLVER CAL:22 SN:265-23865 |
| 125 | RUGER NEW MODEL SINGLE SIX REVOLVER CAL:22 SN:264-76016 |
| 126 | RUGER SECURITY SIX REVOLVER CAL:357 SN:158-36102 |

| # | Description |
|---|---|
| 127 | RUGER MK3 PISTOL CAL:22 SN:270-25864 |
| 128 | RUGER 22/45 MK III TARGET PISTOL CAL:22 SN:271-52359 |
| 129 | RUGER MK3 PISTOL CAL:22 SN:227-39683 |
| 130 | RUGER SINGLE TEN REVOLVER CAL:22 SN:810-09532 |
| 131 | RUGER 22/45 MK III TARGET PISTOL CAL:22 SN:229-49287 |
| 132 | COLT HUNTSMAN PISTOL CAL:22 SN:121236-C |
| 133 | COLT TROOPER MKIII REVOLVER CAL:357 SN:J40186 |
| 134 | COLT OFFICERS MODEL MATCH REVOLVER CAL:38 SN:915351 |
| 135 | COLT TROOPER MKIII REVOLVER CAL:357 SN:67415L |
| 136 | COLT PYTHON REVOLVER CAL:357 SN:V45152 |
| 137 | COLT TROOPER MKIII REVOLVER CAL:357 SN:77426L |
| 138 | COLT TROOPER MKIII REVOLVER CAL:357 SN:L8592 |
| 139 | COLT PYTHON REVOLVER CAL:357 SN:766083 |
| 140 | COLT PYTHON REVOLVER CAL:357 SN:K88657 |
| 141 | COLT TROOPER MKIII REVOLVER CAL:357 SN:17703J |
| 142 | BROWNING UNKNOWN PISTOL CAL:25 SN:270809 |
| 143 | COLT TROOPER MKIII REVOLVER CAL:357 SN:J52210 |
| 144 | COLT DIAMONDBACK REVOLVER CAL:UNKNOWN SN:D12997 |
| 145 | COLT SINGLE ACTION FRONTIER REVOLVER CAL:22 SN:205361F |
| 146 | COLT TROOPER MKIII REVOLVER CAL:357 SN:L16549 |
| 147 | COLT PYTHON REVOLVER CAL:357 SN:V85418 |
| 148 | COLT PYTHON REVOLVER CAL:357 SN:LA9637 |
| 149 | COLT TROOPER MKIII REVOLVER CAL:357 SN:16164J |
| 150 | COLT ARMY SPECIAL REVOLVER CAL:38 SN:445841 |
| 151 | COLT TROOPER MKIII REVOLVER CAL:357 SN:65050L |
| 152 | COLT PYTHON REVOLVER CAL:357 SN:01903E |
| 153 | COLT OFFICERS MATCH REVOLVER CAL:38 SN:786412 |
| 154 | SMITH & WESSON 61 PISTOL CAL:22 SN:B36678 |
| 155 | SMITH & WESSON 37 REVOLVER CAL:38 SN:J934134 |
| 156 | SMITH & WESSON 37 REVOLVER CAL:38 SN:J901224 |
| 157 | SMITH & WESSON 10 REVOLVER CAL:38 SN:D63653 |
| 158 | SMITH & WESSON 15 REVOLVER CAL:38 SN:17K2084 |
| 159 | SMITH & WESSON 10 REVOLVER CAL:38 SN:AYS1143 |
| 160 | COLT HUNTSMAN PISTOL CAL:22 SN:137305-C |
| 161 | COLT UNKNOWN DERRINGER CAL:22 SN:50909D |
| 162 | COLT UNKNOWN DERRINGER CAL:22 SN:50910D |
| 163 | COLT 1911A1 PISTOL CAL:45 SN:2828134 |
| 164 | COLT GOLD CUP PISTOL CAL:45 SN:70N39954 |
| 165 | COLT GOLD CUP PISTOL CAL:45 SN:GCT02421 |
| 166 | COLT MKIV PISTOL CAL:45 SN:320741-C |
| 167 | COLT WOODSMAN PISTOL CAL:22 SN:228316-5 |
| 168 | COLT NEW FRONTIER REVOLVER CAL:357 SN:15823NF |
| 169 | COLT 1891 ARKANSAS REVOLVER CAL:22 SN:164ARK |

| | |
|---|---|
| 170 | COLT 1769 CALIFORNIA REVOLVER CAL:22 SN:3987CBI |
| 171 | COLT HUNTSMAN PISTOL CAL:22 SN:168080-C |
| 172 | COLT PYTHON REVOLVER CAL:357 SN:PN06637 |
| 173 | COLT OFFICERS MODEL MATCH REVOLVER CAL:38 SN:931020 |
| 174 | COLT PEACEMAKER REVOLVER CAL:22 SN:G138545 |
| 175 | COLT LAWMAN MKIII REVOLVER CAL:357 SN:87231J |
| 176 | COLT KING COBRA REVOLVER CAL:357 SN:KS3083 |
| 177 | COLT ANACONDA REVOLVER CAL:44 SN:MM49597 |
| 178 | COLT KING COBRA REVOLVER CAL:357 SN:VK7387 |
| 179 | COLT ANACONDA REVOLVER CAL:44 SN:MM53386 |
| 180 | COLT MUSTANG XSP PISTOL CAL:380 SN:MP10963 |
| 181 | COLT GOVERNMENT PISTOL CAL:45 SN:LWG01396 |
| 182 | COLT LAWMAN MKIII REVOLVER CAL:357 SN:15789J |
| 183 | COLT DETECTIVE SPECIAL REVOLVER CAL:38 SN:C38618 |
| 184 | COLT AGENT REVOLVER CAL:38 SN:A76152 |
| 185 | COLT 1903 PISTOL CAL:32 SN:185758 |
| 186 | COLT POCKET POSITIVE REVOLVER CAL:32 SN:124224 |
| 187 | COLT COBRA REVOLVER CAL:38 SN:61642 |
| 188 | COLT POLICE POSITIVE SPEC. REVOLVER CAL:32 SN:B01477 |
| 189 | COLT UNKNOWN PISTOL CAL:25 SN:378862 |
| 190 | COLT FRONTIER SCOUT REVOLVER CAL:22 SN:139374F |
| 191 | COLT COBRA REVOLVER CAL:32 SN:20622 |
| 192 | COLT POLICE POSITIVE SPEC. REVOLVER CAL:38 SN:980477 |
| 193 | COLT COBRA REVOLVER CAL:38 SN:B93630 |
| 194 | COLT POLICE POSITIVE SPEC. REVOLVER CAL:38 SN:121017 |
| 195 | COLT FRONTIER REVOLVER CAL:22 SN:156681F |
| 196 | SMITH & WESSON 59 PISTOL CAL:9 SN:A343047 |
| 197 | COLT METROPOLITAN MKIII REVOLVER CAL:38 SN:64064J |
| 198 | COLT FRONTIER SCOUT REVOLVER CAL:22 SN:58576P |
| 199 | COLT NEW FRONTIER REVOLVER CAL:22 SN:G11113 |
| 200 | COLT TROOPER MKIII REVOLVER CAL:22 SN:Y13326 |
| 201 | COLT NEW FRONTIER REVOLVER CAL:22 SN:G42740 |
| 202 | COLT NEW FRONTIER REVOLVER CAL:22 SN:L14400 |
| 203 | COLT BUNTLINE SCOUT REVOLVER CAL:22 SN:163301F |
| 204 | COLT BUNTLINE SCOUT REVOLVER CAL:22 SN:92354F |
| 205 | COLT NEW FRONTIER REVOLVER CAL:22 SN:G15-4185 |
| 206 | COLT NEW FRONTIER REVOLVER CAL:22 SN:G171261 |
| 207 | HARRINGTON AND RICHARDSON 733 REVOLVER CAL:32 SN:AX215541 |
| 208 | RUGER MARK II PISTOL CAL:22 SN:218-759-27 |
| 209 | RUGER BEARCAT REVOLVER CAL:22 SN:3297 |
| 210 | COLT POLICE SERVICE SIX REVOLVER CAL:38 SN:575187 |
| 211 | COLT HUNTSMAN PISTOL CAL:22 SN:158593-C |
| 212 | COLT SERIES 80 PISTOL CAL:45 SN:2826005 |

| # | Description |
|---|---|
| 213 | COLT COMMANDER PISTOL CAL:45 SN:CJ47728 |
| 214 | COLT 22 PISTOL CAL:22 SN:PH43345 |
| 215 | COLT COMBAT COMMANDER PISTOL CAL:45 SN:FC31617E |
| 216 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:86-96108 |
| 217 | COLT SINGLE ACTION ARMY REVOLVER CAL:45 SN:S11598A |
| 218 | RUGER SINGLE SIX REVOLVER CAL:22 SN:68-93467 |
| 219 | RUGER REDHAWK REVOLVER CAL:44 SN:501-14643 |
| 220 | RUGER NEW MODEL SINGLE SIX REVOLVER CAL:22 SN:6908573 |
| 221 | RUGER GP100 REVOLVER CAL:357 SN:171-71714 |
| 222 | RUGER SECURITY SIX REVOLVER CAL:357 SN:160-80421 |
| 223 | RUGER SINGLE SIX REVOLVER CAL:22 SN:805-061 |
| 224 | RUGER GP100 REVOLVER CAL:357 SN:170-56078 |
| 225 | RUGER SINGLE SIX REVOLVER CAL:22 SN:493474 |
| 226 | RUGER NEW MODEL SINGLE SIX REVOLVER CAL:22 SN:65-02346 |
| 227 | RUGER BLACKHAWK REVOLVER CAL:357 SN:36-88116 |
| 228 | RUGER BLACKHAWK REVOLVER CAL:357 SN:33-02598 |
| 229 | BROWNING BUCKMARK PISTOL CAL:22 SN:655NM27633 |
| 230 | BROWNING BUCKMARK PISTOL CAL:22 SN:515MW02358 |
| 231 | RUGER VAQUERO REVOLVER CAL:44 SN:55-96598 |
| 232 | RUGER REDHAWK REVOLVER CAL:44 SN:503-04494 |
| 233 | RUGER NEW MDL SNGL SX HNTR REVOLVER CAL:22 SN:67-47736 |
| 234 | RUGER REDHAWK REVOLVER CAL:44 SN:50193606 |
| 235 | HIGH STANDARD DOUBLE NINE REVOLVER CAL:22 SN:832594 |
| 236 | HIGH STANDARD DOUBLE NINE REVOLVER CAL:22 SN:2207251 |
| 237 | RUGER NEW MDL SNGL SX HNTR REVOLVER CAL:22 SN:69-85704 |
| 238 | SMITH & WESSON 38 REVOLVER CAL:38 SN:J483517 |
| 239 | HIGH STANDARD DOUBLE NINE REVOLVER CAL:22 SN:1928435 |
| 240 | HIGH STANDARD DOUBLE NINE REVOLVER CAL:22 SN:M019812 |
| 241 | HIGH STANDARD DOUBLE NINE REVOLVER CAL:22 SN:M015963 |
| 242 | HARRINGTON AND RICHARDSON SPORTSMAN REVOLVER CAL:22 SN:AU020395 |
| 243 | RUGER NEW MOD SPR BLKHAWK REVOLVER CAL:44 SN:86-35016 |
| 244 | RUGER SUPER REDHAWK REVOLVER CAL:44 SN:551-03391 |
| 245 | HIGH STANDARD M-101 PISTOL CAL:22 SN:1349025 |
| 246 | HIGH STANDARD SPORT KING PISTOL CAL:22 SN:346395 |
| 247 | SMITH & WESSON UNKNOOWN REVOLVER CAL:38 SN:234103 |
| 248 | HIGH STANDARD LONGHORN REVOLVER CAL:22 SN:M051197 |
| 249 | SMITH & WESSON 60 REVOLVER CAL:38 SN:R291524 |
| 250 | SMITH & WESSON 28 REVOLVER CAL:357 SN:N6474 |
| 251 | RUGER STANDARD PISTOL CAL:22 SN:16-28784 |
| 252 | RUGER SINGLE SIX REVOLVER CAL:22 SN:570596 |
| 253 | RUGER SINGLE SIX REVOLVER CAL:22 SN:123077 |
| 254 | RUGER BLACKHAWK REVOLVER CAL:357 SN:4468 |

| | |
|---|---|
| 255 | HIGH STANDARD SPORT KING PISTOL CAL:22 SN:2451228 |
| 256 | RUGER SINGLE SIX REVOLVER CAL:22 SN:68862 |
| 257 | RUGER MARK I PISTOL CAL:22 SN:13-39192 |
| 258 | COLT PEACEMAKER REVOLVER CAL:22 SN:G147569 |
| 259 | COLT ARMY SPECIAL REVOLVER CAL:32-20 SN:455646 |
| 260 | RUGER BEARCAT REVOLVER CAL:22 SN:R495 |
| 261 | RUGER SINGLE SIX REVOLVER CAL:22 SN:21-20085 |
| 262 | RUGER BEARCAT REVOLVER CAL:22 SN:91-03206 |
| 263 | HIGH STANDARD SPORT KING PISTOL CAL:22 SN:400924 |
| 264 | WALTHER P22 PISTOL CAL:22 SN:WA464326 |
| 265 | CANIK55 TP-9SF PISTOL CAL:9 SN:23AT00533 |
| 266 | CANIK55 TP-9DA PISTOL CAL:9 SN:21BJ09312 |
| 267 | REMINGTON ARMS COMPANY, INC. R51 PISTOL CAL:9 SN:H003929R51 |
| 268 | RUGER P89DC PISTOL CAL:9 SN:310-19493 |
| 269 | RUGER GP100 REVOLVER CAL:357 SN:170-27233 |
| 270 | RUGER NEW VAQUERO REVOLVER CAL:357 SN:510-69827 |
| 271 | RUGER SP101 REVOLVER CAL:357 SN:576-83904 |
| 272 | RUGER NEW VAQUERO REVOLVER CAL:45 SN:511-12078 |
| 273 | TAURUS TRACKER REVOLVER CAL:357 SN:AEK783691 |
| 274 | RUGER SP101 REVOLVER CAL:357 SN:573-95531 |
| 275 | BERETTA USA CORP 92FS PISTOL CAL:9 SN:L49197Z |
| 276 | RUGER SINGLE SIX REVOLVER CAL:22 SN:266-27028 |
| 277 | RUGER SINGLE SIX REVOLVER CAL:22 SN:264-17680 |
| 278 | RUGER GP100 REVOLVER CAL:357 SN:176-80555 |
| 279 | RUGER SP101 REVOLVER CAL:357 SN:576-02138 |
| 280 | RUGER GP100 REVOLVER CAL:357 SN:176-57547 |
| 281 | RUGER NEW VAQUERO REVOLVER CAL:45 SN:510-25222 |
| 282 | RUGER GP100 REVOLVER CAL:357 SN:175-34748 |
| 283 | RUGER GP100 REVOLVER CAL:357 SN:177-32988 |
| 284 | RUGER REDHAWK REVOLVER CAL:357 SN:503-94471 |
| 285 | RUGER SUPER REDHAWK REVOLVER CAL:44 SN:551-09413 |
| 286 | RUGER BLACKHAWK REVOLVER CAL:45 SN:47-80321 |
| 287 | RUGER GP100 REVOLVER CAL:357 SN:175-74472 |
| 288 | RUGER SINGLE SIX REVOLVER CAL:22 SN:63-31135 |
| 289 | RUGER SR1911 PISTOL CAL:45 SN:671-44255 |
| 290 | RUGER SR1911 PISTOL CAL:45 SN:671-34493 |
| 291 | RUGER SUPER REDHAWK REVOLVER CAL:44 SN:87-98459 |
| 292 | RUGER REDHAWK REVOLVER CAL:41 SN:503-86739 |
| 293 | RUGER REDHAWK REVOLVER CAL:45 SN:503-94639 |
| 294 | RUGER MARK II PISTOL CAL:22 SN:211-70101 |
| 295 | RUGER REDHAWK REVOLVER CAL:357 SN:501-24224 |
| 296 | RUGER REDHAWK REVOLVER CAL:44 SN:502-38908 |
| 297 | RUGER REDHAWK REVOLVER CAL:44 SN:502-80983 |

| # | Description |
|---|---|
| 298 | HERITAGE MFG INC. ROUGH RIDER REVOLVER CAL:22 SN:3HR131033 |
| 299 | RUGER SR1911 PISTOL CAL:45 SN:673-66788 |
| 300 | RUGER SR1911 PISTOL CAL:45 SN:671-39789 |
| 301 | RUGER GP100 REVOLVER CAL:357 SN:179-25985 |
| 302 | RUGER SP101 REVOLVER CAL:357 SN:578-43707 |
| 303 | RUGER BLACKHAWK REVOLVER CAL:357 SN:38-89113 |
| 304 | RUGER MARK IV PISTOL CAL:22 SN:500 183542 |
| 305 | HIGH STANDARD PLINKER PISTOL CAL:22 SN:2389844 |
| 306 | HIGH STANDARD B PISTOL CAL:22 SN:30237 |
| 307 | SMITH & WESSON 629 REVOLVER CAL:44 SN:B385965 |
| 308 | SMITH & WESSON 629 REVOLVER CAL:44 SN:CJC2631 |
| 309 | SMITH & WESSON 629-6 REVOLVER CAL:44 SN:CNH5143 |
| 310 | SMITH & WESSON 686-6 REVOLVER CAL:357 SN:DMH3396 |
| 311 | SMITH & WESSON 629-6 REVOLVER CAL:44 SN:CZN8745 |
| 312 | SMITH & WESSON M&P45 PISTOL CAL:45 SN:HMZ3490 |
| 313 | SMITH & WESSON 5906 PISTOL CAL:9 SN:VJH2380 |
| 314 | SMITH & WESSON 22A-1 PISTOL CAL:22 SN:UCM0975 |
| 315 | SMITH & WESSON 686 REVOLVER CAL:357 SN:DKT3069 |
| 316 | HARRINGTON AND RICHARDSON 922 REVOLVER CAL:22 SN:R17159 |
| 317 | HARRINGTON AND RICHARDSON 922 REVOLVER CAL:22 SN:R34601 |
| 318 | COLT FRONTIER SCOUT REVOLVER CAL:22 SN:2949MOS |
| 319 | COLT TROOPER MKIII REVOLVER CAL:357 SN:L83996 |
| 320 | HIGH STANDARD DOUBLE NINE REVOLVER CAL:22 SN:1848975 |
| 321 | HARRINGTON AND RICHARDSON SPORTSMAN REVOLVER CAL:22 SN:A580 |
| 322 | RUGER SINGLE SIX REVOLVER CAL:22 SN:68-98034 |
| 323 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:85-64276 |
| 324 | RUGER SUPER REDHAWK REVOLVER CAL:44 SN:550-40300 |
| 325 | RUGER VAQUERO REVOLVER CAL:44 SN:55-76732 |
| 326 | RUGER MARK II PISTOL CAL:22 SN:NRA00622 |
| 327 | RUGER MARK II PISTOL CAL:22 SN:222-86440 |
| 328 | SMITH & WESSON 422 PISTOL CAL:22 SN:TCL-1896 |
| 329 | RUGER MARK II PISTOL CAL:22 SN:18-12194 |
| 330 | RUGER VAQUERO REVOLVER CAL:45 SN:56-27325 |
| 331 | RUGER MARK II PISTOL CAL:22 SN:210-52468 |
| 332 | RUGER VAQUERO REVOLVER CAL:45 SN:58-29701 |
| 333 | SMITH & WESSON M&P 9 SHIELD EZ PISTOL CAL:9 SN:NHA4002 |
| 334 | WINCHESTER 74 RIFLE CAL:22 SN:186542A |
| 335 | MARLIN FIREARMS CO. 336A RIFLE CAL:30-30 SN:G53253 |
| 336 | CANIK55 METE SF PISTOL CAL:9 SN:21-CC20281 |
| 337 | CANIK55 TP-9SFX PISTOL CAL:9 SN:22BC17008 |
| 338 | CANIK55 TP-9 ELITE SC PISTOL CAL:9 SN:20CB27382 |
| 339 | RUGER MARK II PISTOL CAL:22 SN:211-01496 |
| 340 | RUGER SR9C PISTOL CAL:9 SN:334-66207 |

| # | Description |
|---|---|
| 341 | RUGER SR9C PISTOL CAL:9 SN:336-12036 |
| 342 | RUGER SR9C PISTOL CAL:9 SN:332-94969 |
| 343 | HARRINGTON AND RICHARDSON 622 REVOLVER CAL:22 SN:AE14326 |
| 344 | RUGER 10/22 RIFLE CAL:22 SN:8135 |
| 345 | REMINGTON ARMS COMPANY INC. 1100 SHOTGUN CAL:12 SN:450719V |
| 346 | MOSSBERG 183DF SHOTGUN CAL:410 SN:NONE |
| 347 | SMITH & WESSON 63 REVOLVER CAL:22 SN:M137548 |
| 348 | HARRINGTON AND RICHARDSON 922 REVOLVER CAL:22 SN:J16013 |
| 349 | HARRINGTON AND RICHARDSON 622 REVOLVER CAL:22 SN:AN76265 |
| 350 | SMITH & WESSON 442 AIRWEIGHT REVOLVER CAL:38 SN:CZY2212 |
| 351 | SMITH & WESSON 686 REVOLVER CAL:357 SN:CTT9526 |
| 352 | SMITH & WESSON M&P 45 PISTOL CAL:45 SN:NBB4076 |
| 353 | SMITH & WESSON M&P 9 PISTOL CAL:9 SN:HBF3427 |
| 354 | SMITH & WESSON M&P 45 PISTOL CAL:45 SN:HTL3857 |
| 355 | SMITH & WESSON 642 AIRWEIGHT REVOLVER CAL:38 SN:CLW9543 |
| 356 | SMITH & WESSON 686 REVOLVER CAL:357 SN:CZX 4000 |
| 357 | SMITH & WESSON M&P 45 PISTOL CAL:45 SN:HDT3715 |
| 358 | SMITH & WESSON M&P 9 PISTOL CAL:9 SN:HNA1970 |
| 359 | SMITH & WESSON 686 REVOLVER CAL:357 SN:DRK6173 |
| 360 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JFM4236 |
| 361 | SMITH & WESSON M&P 45 PISTOL CAL:45 SN:JFK4641 |
| 362 | SMITH & WESSON M&P 380 PISTOL CAL:380 SN:NKZ7355 |
| 363 | RUGER SP101 REVOLVER CAL:357 SN:574-58565 |
| 364 | RUGER P89 PISTOL CAL:9 SN:309-85131 |
| 365 | RUGER P95DC PISTOL CAL:9 SN:311-00623 |
| 366 | SMITH & WESSON M&P9 SHIELD PISTOL CAL:9 SN:JPU8277 |
| 367 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JBF2966 |
| 368 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:HUH1894 |
| 369 | SMITH 7 WESSON M&P 9 SHIELD PISTOL CAL:9 SN:HLY1800 |
| 370 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JCK0967 |
| 371 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JCK0982 |
| 372 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JCK0992 |
| 373 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JCH7061 |
| 374 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JCK5750 |
| 375 | RUGER SR9C PISTOL CAL:9 SN:332-47485 |
| 376 | RUGER SR9C PISTOL CAL:9 SN:332-03801 |
| 377 | RUGER MARK III HUNTER PISTOL CAL:22 SN:229-57857 |
| 378 | RUGER MARK III TARGET PISTOL CAL:22 SN:227-85664 |
| 379 | RUGER MARK II PISTOL CAL:22 SN:221-16600 |
| 380 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JHN3714 |
| 381 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JEA0902 |
| 382 | BERETTA USA COPR U22 NEOS PISTOL CAL:22 SN:P79421 |
| 383 | BROWING UNKNOWN PISTOL CAL:22 SN:655RR09898 |

| # | Description |
|---|---|
| 384 | RUGER SR9C PISTOL CAL:9 SN:335-25503 |
| 385 | SMITH & WESSON 39 PISTOL CAL:9 SN:A148725 |
| 386 | HS PRODUKT (IM METAL) XD45 PISTOL CAL:45 SN:XD635961 |
| 387 | TAURUS INTERNATIONAL PT1911 PISTOL CAL:45 SN:NDS68905 |
| 388 | TAURUS INTERNATIONAL PT24/7 G2 C PISTOL CAL:9 SN:TFT60028 |
| 389 | TAURUS INTERNATIONAL TH9 PISTOL CAL:9 SN:ADD268913 |
| 390 | TAURUS INTERNATIONAL PT1911 PISTOL CAL:9 SN:TFM33483 |
| 391 | GLOCK INC 24GEN4 PISTOL CAL:UNKNOWN SN:WKP703 |
| 392 | GLOCK INC 36 PISTOL CAL:45 SN:RAF684 |
| 393 | GLOCK INC. 22 PISTOL CAL:40 SN:BFAW909 |
| 394 | GLOCK INC. 30 PISTOL CAL:45 SN:NKU352 |
| 395 | WALTHER M&P 22 PISTOL CAL:22 SN:MP026159 |
| 396 | RUGER NEW MODEL SINGL REVOLVER CAL:22 SN:66-31701 |
| 397 | RUGER VAQUERO REVOLVER CAL:45 SN:511-33962 |
| 398 | RUGER MARK III TARGET PISTOL CAL:22 SN:229-03672 |
| 399 | RUGER MARK III HUNTER PISTOL CAL:22 SN:229-19585 |
| 400 | RUGER VAQUERO REVOLVER CAL:357 SN:512-55349 |
| 401 | RUGER SR9C PISTOL CAL:9 SN:334-08759 |
| 402 | TAURUS INTERNATIONAL PT24/7 PROP DS PISTOL CAL:45 SN:NDP16503 |
| 403 | WALTHER CREED PISTOL CAL:9 SN:FCR13838 |
| 404 | RUGER AMERICAN PISTOL PISTOL CAL:9 SN:860-32648 |
| 405 | RUGER GP100 REVOLVER CAL:357 SN:175-65290 |
| 406 | CANIK55 TP-9SA PISTOL CAL:9 SN:21AP14158 |
| 407 | COLT HUNTSMAN PISTOL CAL:22 SN:144983-C |
| 408 | WALTHER WMP PISTOL CAL:22 SN:WT012040 |
| 409 | KELTEC, CNC INDUSTRIES INC. PMR-30 PISTOL CAL:22 SN:WY0Y41 |
| 410 | RUGER SUPER REDHAWK REVOLVER CAL:44 SN:552-93499 |
| 411 | WALTHER P22 PISTOL CAL:22 SN:N026988 |
| 412 | WALTHER PPS PISTOL CAL:9 SN:AC5629 |
| 413 | SIG-SAUER MOSQUITO PISTOL CAL:22 SN:F041716 |
| 414 | WALTHER GOVERNMENT MODEL PISTOL CAL:22 SN:WD052985 |
| 415 | SMITH & WESSON 28 REVOLVER CAL:357 SN:N570656 |
| 416 | SMITH & WESSON 586 REVOLVER CAL:357 SN:AJB4716 |
| 417 | SMITH & WESSON 28 REVOLVER CAL:357 SN:N8243 |
| 418 | SMITH & WESSON 19 REVOLVER CAL:357 SN:ADS7009 |
| 419 | RUGER SR9C PISTOL CAL:9 SN:332-04189 |
| 420 | SMITH & WESSON 38 REVOLVER CAL:38 SN:CVV0700 |
| 421 | SMITH & WESSON SW22 VICTORY PISTOL CAL:22 SN:UEP9375 |
| 422 | SMITH & WESSON 22A-1 PISTOL CAL:22 SN:UDB4878 |
| 423 | SMITH & WESSON 637 REVOLVER CAL:38 SN:DRC0916 |
| 424 | SMITH & WESSON 638 REVOLVER CAL:38 SN:DPU5759 |
| 425 | SMITH & WESSON 637 REVOLVER CAL:38 SN:DRE0261 |
| 426 | SMITH & WESSON 2206 PISTOL CAL:22 SN:TET9326 |

| # | Description |
|---|---|
| 427 | SMITH & WESSON M&P 380 SHIELD PISTOL CAL:380 SN:RES6206 |
| 428 | HERITAGE MFG INC. ROUGH RIDER REVOLVER CAL:22 SN:3PH218720 |
| 429 | HERITAGE MFG INC. ROUGH RIDER REVOLVER CAL:22 SN:G96049 |
| 430 | HERITAGE MFG INC. ROUGH RIDER REVOLVER CAL:22 SN:3PH261448 |
| 431 | HERITAGE MFG INC. ROUGH RIDER REVOLVER CAL:22 SN:1BH343118 |
| 432 | HERITAGE MFG INC. ROUGH RIDER REVOLVER CAL:22 SN:1BH668740 |
| 433 | HERITAGE MFG INC. ROUGH RIDER REVOLVER CAL:22 SN:1BH237117 |
| 434 | HERITAGE MFG INC. ROUGH RIDER REVOLVER CAL:22 SN:3PH218706 |
| 435 | TAURUS PT92AFS-D PISTOL CAL:9 SN:TLP31565 |
| 436 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:HXE9355 |
| 437 | TAURUS PT111 G2 PISTOL CAL:9 SN:TKT19278 |
| 438 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:HZF3441 |
| 439 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JCJ4417 |
| 440 | SMITH & WESSON M&P 9 PISTOL CAL:9 SN:NKE1297 |
| 441 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JHE5497 |
| 442 | SMITH & WESSON M&P 40 SHIELD PISTOL CAL:40 SN:HWK1621 |
| 443 | SMITH & WESSON M&P 45 SHIELD PISTOL CAL:45 SN:HDB1616 |
| 444 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:LEK0697 |
| 445 | SMITH & WESSON M&P 9 PISTOL CAL:9 SN:NHP7673 |
| 446 | SMITH & WESSON M&P 9 PISTOL CAL:9 SN:NKH1167 |
| 447 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:LFB7967 |
| 448 | SMITH & WESSON M&P 45 SHIELD PISTOL CAL:45 SN:HZM8417 |
| 449 | SMITH & WESSON M&P 380 SHIELD PISTOL CAL:380 SN:NJL8819 |
| 450 | SMITH & WESSON M&P 40 SHIELD PISTOL CAL:40 SN:JDU6103 |
| 451 | TAURUS PT709 SLIM PISTOL CAL:9 SN:TJW79544 |
| 452 | TAURUS INTERNATIONAL TRACKER REVOLVER CAL:22 SN:FT636264 |
| 453 | TAURUS INTERNATIONAL PT92AFS PISTOL CAL:9 SN:TAR12760 |
| 454 | RUGER LC9S PISTOL CAL:9 SN:451-72066 |
| 455 | RUGER LC9S PISTOL CAL:9 SN:451-67245 |
| 456 | RUGER SR22 PISTOL CAL:22 SN:361-63809 |
| 457 | RUGER SR22 PISTOL CAL:22 SN:369-71013 |
| 458 | BOND ARMS INC ROWDY XL DERRINGER CAL:45/410 SN:394199 |
| 459 | TAURUS INTERNATIONAL 66 REVOLVER CAL:357 SN:AEH590397 |
| 460 | TAURUS INTERNATIONAL G2S PISTOL CAL:9 SN:AEM890572 |
| 461 | TAURUS INTERNATIONAL 627 TRACKER REVOLVER CAL:357 SN:IW176948 |
| 462 | TAURUS INTERNATIONAL PT92AF PISTOL CAL:9 SN:TEW11238 |
| 463 | RUGER WRANGLER REVOLVER CAL:22 SN:206-12335 |
| 464 | GLOCK INC 19 PISTOL CAL:9 SN:BBRL428 |
| 465 | GLOCK INC 21 PISTOL CAL:45 SN:DSU804US |
| 466 | GLOCK INC 19 PISTOL CAL:9 SN:BBRH919 |
| 467 | RUGER SR1911 PISTOL CAL:45 SN:671-84074 |
| 468 | RUGER SR22 PISTOL CAL:22 SN:368-63719 |
| 469 | RUGER 22/45 LITE PISTOL CAL:22 SN:390-50606 |

| # | Description |
|---|---|
| 470 | RUGER LCR REVOLVER CAL:38 SN:540-42715 |
| 471 | TAURUS INTERNATIONAL THEJUDGE REVOLVER CAL:45/410 SN:ACK361558, |
| 472 | RUGER EC9S PISTOL CAL:9 SN:463-43330 |
| 473 | RUGER SR22 PISTOL CAL:22 SN:368-09091 |
| 474 | RUGER LCP PISTOL CAL:380 SN:372517940 |
| 475 | RUGER 22/45 LITE PISTOL CAL:22 SN:391-43480 |
| 476 | RUGER SR22 PISTOL CAL:22 SN:362-92318 |
| 477 | RUGER LCR REVOLVER CAL:38 SN:545-71432 |
| 478 | RUGER LCR REVOLVER CAL:22 SN:548-23457 |
| 479 | RUGER SECURITY-9 PISTOL CAL:9 SN:384-27754 |
| 480 | RUGER BLACKHAWK REVOLVER CAL:357 SN:33-51879 |
| 481 | GLOCK INC 42 PISTOL CAL:380 SN:ACVT329 |
| 482 | GLOCK INC 22CGEN4 PISTOL CAL:40 SN:XCG280 |
| 483 | GLOCK INC 20GEN4 PISTOL CAL:10 SN:BTEK654 |
| 484 | GLOCK INC 17 PISTOL CAL:9 SN:UZV362 |
| 485 | BERETTA USA COPR 950 PISTOL CAL:22 SN:87341CC |
| 486 | SMITH & WESSON 629 REVOLVER CAL:44 SN:CTE8565, |
| 487 | SMITH & WESSON 586 REVOLVER CAL:357 SN:DCC0229 |
| 488 | SMITH & WESSON 629 REVOLVER CAL:44 SN:CPJ3042 |
| 489 | SMITH & WESSON 629 REVOLVER CAL:44 SN:DMP1382 |
| 490 | SMITH & WESSON 500 REVOLVER CAL:50 SN:CHU1523 |
| 491 | SMITH & WESSON 460 REVOLVER CAL:460 SN:CJW1295 |
| 492 | SMITH & WESSON 500 REVOLVER CAL:500 SN:CYY9837 |
| 493 | RUGER SUPER REDHAWK REVOLVER CAL:454 SN:552-96803 |
| 494 | RUGER LC9S PISTOL CAL:9 SN:451-26048 |
| 495 | BOND ARMS INC SNAKE SLAYER PISTOL CAL:45 SN:204998 |
| 496 | SARSILMAZ (SAR ARMS) SAR 9T PISTOL CAL:9 SN:T1102-21CC51651 |
| 497 | RUGER BLACKHAWK REVOLVER CAL:41 SN:46-74058 |
| 498 | RUGER BLACKHAWK REVOLVER CAL:44 SN:21800 |
| 499 | RUGER NEW MODEL SINGLE SIX REVOLVER CAL:22 SN:65-49873 |
| 500 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:84-48615 |
| 501 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:82-76555 |
| 502 | RUGER SUPER REDHAWK REVOLVER CAL:44 SN:552-74564 |
| 503 | HIGH STANDARD DOUBLE NINE REVOLVER CAL:22 SN:M047548 |
| 504 | RUGER NEW MODEL BLACK REVOLVER CAL:357 SN:33-97459 |
| 505 | RUGER SINGLE SIX REVOLVER CAL:22 SN:165030 |
| 506 | RUGER VAQUERO REVOLVER CAL:45 SN:57-88191 |
| 507 | RUGER NEW MDL SNGL SX HNTR REVOLVER CAL:22 SN:68-16620 |
| 508 | RUGER NEW MDL SNGL SX HNTR REVOLVER CAL:22 SN:68-77612 |
| 509 | RUGER REDHAWK REVOLVER CAL:44 SN:500-65508 |
| 510 | RUGER MARK II TARGET PISTOL CAL:22 SN:218-08367 |
| 511 | RUGER SINGLE SIX REVOLVER CAL:22 SN:103159 |
| 512 | RUGER NEW MODEL BLACKHAWK REVOLVER CAL:357 SN:32-65365 |

| # | Description |
|---|---|
| 513 | TAURUS INTERNATIONAL 82 REVOLVER CAL:38 SN:602343 |
| 514 | RUGER SP101 REVOLVER CAL:357 SN:571-87446 |
| 515 | SMITH & WESSON 73-2 AIRWEIGHT REVOLVER CAL:38 SN:BPY5745 |
| 516 | RUGER SR22 PISTOL CAL:22 SN:363-19271 |
| 517 | SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:NEX6902 |
| 518 | HARRINGTON AND RICHARDSON 929 REVOLVER CAL:22 SN:AX061879 |
| 519 | RUGER SR22 PISTOL CAL:22 SN:361-47532 |
| 520 | TAURUS INTERNATIONAL THE JUDGE REVOLVER CAL:45/410 SN:EP399849 |
| 521 | TAURUS INTERNATIONAL 85 ULTRALISTE REVOLVER CAL:38 SN:EW36620 |
| 522 | CHARTER ARMS BULLDOG TRACKER REVOLVER CAL:357 SN:581090 |
| 523 | SMITH & WESSON UNKNOWN REVOLVER CAL:38 SN:C345513 |
| 524 | RUGER REDHAWK REVOLVER CAL:44 SN:50067135 |
| 525 | RUGER GP100 REVOLVER CAL:357 SN:174-06418 |
| 526 | RUGER SUPER REDHAWK REVOLVER CAL:454 SN:551-91652 |
| 527 | RUGER LCR REVOLVER CAL:38 SN:543-16734 |
| 528 | TAURUS INTERNATIONAL 607 REVOLVER CAL:357 SN:0H316344 |
| 529 | SMITH & WESSON 686 REVOLVER CAL:357 SN:CTP5205 |
| 530 | TAURUS INTERNATIONAL 942M REVOLVER CAL:22 SN:ACK403804 |
| 531 | RUGER NEW MOD SPR BLKHAWK REVOLVER CAL:44 SN:85-61754 |
| 532 | HARRINGTON AND RICHARDSON 660 GUNFIGHTER REVOLVER CAL:22 SN:V11384 |
| 533 | RUGER VAQUERO REVOLVER CAL:45 SN:55-18993 |
| 534 | WEIHRAUCH, HERMANN UNKNOWN REVOLVER CAL:22 SN:1208276 |
| 535 | SMITH & WESSON 36 REVOLVER CAL:38 SN:J79541 |
| 536 | SMITH & WESSON 38 REVOLVER CAL:38 SN:512188 |
| 537 | SMITH & WESSON 637 REVOLVER CAL:38 SN:CUA7723 |
| 538 | HIGH STANDARD SENTINEL DELUXE REVOLVER CAL:22 SN:1591859 |
| 539 | RUGER REDHAWK REVOLVER CAL:44 SN:503-53044 |
| 540 | HARRINGTON AND RICHARDSON 622 REVOLVER CAL:22 SN:AX196229 |
| 541 | SMITH & WESSON SW22 VICTORY PISTOL CAL:22 SN:UDT9399 |
| 542 | SMITH & WESSON 629 CLASSIC REVOLVER CAL:44 SN:BSA5928 |
| 543 | TAURUS INTERNATIONAL RAGING BULL REVOLVER CAL:44 SN:VJ988124 |
| 544 | TAURUS INTERNATIONAL 627 TRACKER REVOLVER CAL:357 SN:LM377532 |
| 545 | TAURUS INTERNATIONAL RAGING BULL REVOLVER CAL:44 SN:AX560397 |
| 546 | SMITH & WESSON 500 REVOLVER CAL:50 SN:DNP8594 |
| 547 | RUGER BLACKHAWK REVOLVER CAL:357 SN:33-53201 |
| 548 | SMITH & WESSON 36 REVOLVER CAL:38 SN:J709295 |
| 549 | RUGER REDHAWK REVOLVER CAL:44 SN:503-97134 |
| 550 | RUGER REDHAWK REVOLVER CAL:44 SN:500-10228 |
| 551 | RUGER NEW MODEL BLACKHAWK REVOLVER CAL:357 SN:35-43180 |
| 552 | HIGH STANDARD DOUBLE NINE REVOLVER CAL:22 SN:1403309 |
| 553 | HARRINGTON AND RICHARDSON 949 FORTY NINE REVOLVER CAL:22 SN:AC26397 |

| | |
|---|---|
| 554 | BOND ARMS INC. CENTRY 2000 PISTOL CAL:45/410 SN:285391 |
| 555 | BOND ARMS INC. BOND DEFENDER PISTOL CAL:45/410 SN:184417 |
| 556 | RUGER SUPER REDHAWK REVOLVER CAL:44 SN:552-01248 |
| 557 | RUGER 10/22 RIFLE CAL:22 SN:257-05325 |
| 558 | MOSSBERG 283TA SHOTGUN CAL:410 SN:NONE |
| 559 | RUGER 10/22 RIFLE CAL:22 SN:259-06033 |
| 560 | WINCHESTER RANGER SHOTGUN CAL:12 SN:N980655 |
| 561 | NEW ENGLAND FIREARMS HANDI RIFLE RIFLE CAL:223 SN:NM257173 |
| 562 | MARLIN FIREARMS CO. 75 REFLE CAL:22 SN:27360883 |
| 563 | REMINGTON ARMS COMPANY INC. 740 RIFLE CAL:270 SN:C8047811 |
| 564 | SAVAGE 10 RIFLE CAL:243 SN:J069523 |
| 565 | RUGER 10/22 RIFLE CAL:22 SN:111-11532 |
| 566 | RUGER PC CARBINE RIFLE CAL:9 SN:912-26839 |
| 567 | MOSSBERG 500A SHOTGUN CAL:12 SN:P130321 |
| 568 | MARLIN FIREARMS CO. 25N RIFLE CAL:22 SN:11531284 |
| 569 | WEATHERBY VANGUARD VGL RIFLE CAL:270 SN:VL16721 |
| 570 | SAVAGE STEVENS 58C SHTOGUN CAL:410 SN:NONE |
| 571 | MOSSBERG 500 SHOTGUN CAL:12 SN:U737011 |
| 572 | REMINGTON ARMS COMPANY INC. 597 RIFLE CAL:22 SN:B2691632 |
| 573 | MOSSBERG 500A SHOTGUN CAL:12 SN:K820814 |
| 574 | REMINGTON ARMS COMPANY, INC. 870 SHOTGUN CAL:12 SN:S282476V |
| 575 | WINCHESTER 190 RIFLE CAL:22 SN:B1552051 |
| 576 | MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:MN00111B |
| 577 | MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:15444215 |
| 578 | RUGER 10/22 RIFLE CAL:22 SN:118-56126 |
| 579 | MOSSBERG 500 SHOTGUN CAL:410 SN:V1916343 |
| 580 | REMINGTON ARMS COMPANY, INC 522 RIFLE CAL:22 SN:NONE |
| 581 | MARLIN FIREARMS CO 60 RIFLE CAL:22 SN:25451433 |
| 582 | SAVAGE STEVENS 59A SHOTGUN CAL:410 SN:NONE |
| 583 | MOSSBERG 740T RIFLE CAL:22 SN:1134099 |
| 584 | WINCHESTER 190 RIFLE CAL:22 SN:B1316945 |
| 585 | WINCHESTER 74 RIFLE CAL:22 SN:175037A |
| 586 | REMINGTON ARMS COMPANY, INC 870 EXPRESS SHOTGUN CAL:12 SN:D911210M |
| 587 | RUGER 10/22 RIFLE CAL:22 SN:231-81787 |
| 588 | MARLIN FIREARMS CO. 30AS RIFLE CAL:30-30 SN:11022328 |
| 589 | HARRINGTON AND RICHARDSON 22 SPECIAL REVOLVER CAL:22 SN:553857 |
| 590 | SMITH & WESSON M&P 40 PISTOL CAL:40 SN:HSN8554 |
| 591 | 6 Rounds ASSORTED Ammunition CAL:45 |
| 592 | 24 Rounds ASSORTED Ammunition CAL:MULTI |
| 593 | 783 Rounds ASSORTED Ammunition CAL:MULTI |
| 594 | 983 Rounds ASSORTED Ammunition CAL:MULTI |
| 595 | 875 Rounds ASSORTED Ammunition CAL:MULTI |

| | |
|---|---|
| 596 | 9 Rounds ASSORTED Ammunition CAL:MULTI |
| 597 | 116 Rounds UNKNOWN Ammunition CAL:UNKNOWN |
| 598 | 20 Rounds CBC - BRAZILIAN CARTTIDGE COMPANY Ammunition CAL:500 |
| 599 | 10 Rounds FIOCCHI Ammunition CAL:454 |
| 600 | 47 Rounds ASSORTED Ammunition CAL:45 |
| 601 | 1 Rounds REMINGTON Ammunition CAL:22 |
| 602 | 6 Rounds ASSORTED Ammunition CAL:22 |